## RICHARD SMYTH *versus* JOHN KINZIE
## AND THOMAS FORSYTH

JOURNAL ENTRIES (1821–23): *Journal 3:* (1) Rule for special bail or procedendo *p. 201; (2) motion to quash writ, continued *p. 261; (3) plea of non assumpsit *p. 341; (4) continued *p. 345; (5) motion to accept award of referees *p. 388; (6) award accepted, rule for judgment *p. 444.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias; (4) recognizance; (5) bail piece; (6) declaration; (7) bill of particulars; (8) plea of non assumpsit; (9) subpoena; (10) bond and award of arbitrators; (11) assignment of award; (12) statement of accounts.

*1821 Calendar*, MS p. 53. Recorded in *Book B*, MS pp. 238–43.